*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 17-BG-241**

IN RE EDWIN A. QUARTEY,

                    Respondent.

**Bar Registration No.   460866**

FILED 05/18/2017
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

DDN 007-17

BEFORE:  Blackburne-Rigsby, Chief Judge, McLeese, Associate Judge, and Farrell, Senior Judge.

### O R D E R
(Filed – May 18, 2017)

On consideration of the certified order suspending respondent from the practice of law in the state of Maryland for six months by consent; this court's March 13, 2017, order suspending respondent and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to this court's show cause order or file the required D.C. Bar R. XI, § 14 (g) affidavit, it is

ORDERED that Edwin A. Quartey is hereby suspended from the practice of law in the District of Columbia for a period of six months. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). For purposes of reinstatement, the suspension will not begin to run until such time as respondent files a D.C. Bar. R. XI, § 14 (g) affidavit.

**PER CURIAM**